UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY L. HARDIE,

                    Plaintiff,

    v.

CLAUDIA BUCCULDI, JOHN DOE
CORRECTION OFFICERS,

                Defendants.

Case No. C15-466 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's complaint is **DISMISSED WITH PREJUDICE for failure to state a claim and counted as a strike under 28 U.S.C. § 1915(g). All pending motions are DENIED.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 14th day of May, 2015.

                               JAMES L. ROBART
                               United States District Judge

ORDER OF DISMISSAL - 1